IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01426-BNB

WYTRICE SILER,

    Plaintiff,

v.

DENVER DEPT. OF CORRECTION,
WARDEN M. BROADDUS, and
EXECUTIVE WARDEN ARISTEDES W. ZAVARAS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 22 2008

GREGORY C. LANGHAM
               CLERK

## ORDER OF DISMISSAL

Plaintiff Wytrice Siler initiated this action by submitting to the Court *pro se* a "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915," a "Motion to File Without Payment of Filing Fee and Supporting Financial Affidavit," a "Prisoner Complaint," a "Complaint Pursuant to CRCP Rule 106(a)," and a "Motion for Service at State Expense." In an order filed on July 9, 2008, Magistrate Judge Craig B. Shaffer directed the clerk of the Court to commence a civil action and directed Ms. Siler to cure certain deficiencies if she wished to pursue her claims. Specifically, Magistrate Judge Shaffer ordered Ms. Siler to file an amended pleading that includes all of the pages from the Court's Prisoner Complaint form and to provide an address for each named Defendant. Ms. Siler was warned that the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days.

Ms. Siler has failed to cure the deficiencies within the time allowed and she has failed to respond in any way to Magistrate Judge Shaffer's July 9 order. Therefore, the complaint and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the pending motions are denied as moot.

DATED at Denver, Colorado, this 26 day of Aug, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01426-BNB

Wytrice Siler
Prisoner No. 139032
Colorado Women's Correctional Facility
PO Box 500
Cañon City, CO 81215- 0500

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/22/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk